WangSheiLee.IND

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 31 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM  05-00032

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAI-JOU WANG,<br>MING JUI SHIH, and<br>CHUN-HAN LEE<br><br>Defendants. | CRIMINAL CASE NO._____<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO COMMIT FRAUD USING COUNTERFEIT ACCESS DEVICES**<br>(COUNT 1)<br>[18 U.S.C. §§ 371, & 1029(a)(1)]<br><br>**FRAUD USING COUNTERFEIT ACCESS DEVICES**<br>(COUNT 2)<br>[18 U.S.C. §§ 2, 1029(a)(1), & 1029(b)(1)]<br><br>**CONSPIRACY TO POSSESS FIFTEEN OR MORE COUNTERFEIT ACCESS DEVICES**<br>(COUNT 3)<br>[18 U.S.C. §§ 371 & 1029(a)(3)]<br><br>**POSSESSION OF FIFTEEN OR MORE COUNTERFEIT ACCESS DEVICES**<br>(COUNT 4)<br>[18 U.S.C. §§ 1029(a)(3) and 2]<br><br>**FALSE USE OF A PASSPORT**<br>(COUNTS 5 to 7)<br>[18 U.S.C. § 1543] |

THE GRAND JURY CHARGES:

### COUNT 1 - CONSPIRACY TO COMMIT FRAUD USING COUNTERFEIT ACCESS DEVICE

-1-

ORIGINAL

1. Beginning at a time unknown to the grand jury, and continuing until on or about January 16, 2005, in the District of Guam, the defendants herein, NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE, and other uncharged co-conspirators unknown to the Grand Jury, did willfully and knowingly combine, conspire, confederate and agree together to knowingly and with intent to defraud use counterfeit access devices, said use of these devices affecting interstate and foreign commerce, by traveling to Guam and using these devices, and attempting to use these devices, to secure hotel rooms and purchase goods from various retailers on Guam, in violation of Title 18, United States Code, Section 1029(a)(1).

## MANNER AND MEANS OF THE CONSPIRACY

2. Among the manner and means by which Defendants NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE together with others unknown to the Grand Jury, carried out the conspiracy were the following:

3. It was part of the conspiracy that Defendant NAI-JOU WANG obtained counterfeit access devices bearing the name of "Pei-Hsun Wu" and a false Chinese passport bearing the name of "Pei-Hsun Wu" but bearing a photograph or likeness of Defendant NAI-JOU WANG.

4. It was further part of the conspiracy that Defendant MING JUI SHIH obtained counterfeit access devices in the name of "Zhiqiang Chen" and a false Chinese passport bearing the name "Minzhong Wang" but bearing the photograph or likeness of Defendant MING JUI SHIH.

5. It was further part of the conspiracy that the Defendant MING JUI SHIH would use and attempt to use the counterfeit access devices he had obtained in businesses and establishments that did not require or seek conforming identification between the access devices and the individual using the access devices.

6. It was further part of the conspiracy that the Defendant CHUN-HAN LEE obtained counterfeit access devices bearing the name "Benjamin Tong" and a false British passport bearing the name "Benjamin Tong" but bearing the photograph or likeness of Defendant CHUN-HAN LEE.

7. It was further part of the conspiracy that the Defendants NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE traveled from Taiwan to Guam for the purpose of using the counterfeit access devices and false identifications to fraudulently obtain goods, hotel accommodations and merchandise in the District of Guam.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the Defendants, NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE and their co-conspirators committed the following overt acts, among others in the District of Guam:

8. On or about January 16, 2005, the Defendants, NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE traveled from Taiwan to the District of Guam.

9. On or about January 16, 2005, Defendant NAI-JOU WANG checked into the Outrigger Guam Resort using a Visa credit card bearing the name "Pei-Hsun Wu" and a Chinese passport # M15865178 bearing the name "Pei-Hsun Wu" but bearing the likeness or photograph of Defendant NAI-JOU WANG.

10. On or about January 16, 2005, Defendant CHUN-HAN LEE checked into the Outrigger Guam Resort using a Master Card credit card bearing the name "Benjamin Tong" and a United Kingdom Great Britain and Northern Ireland passport # 673654243 bearing the name "Benjamin Tong" but bearing the photograph or likeness of Defendant CHUN-HAN LEE.

11. On or about January 16, 2005, Defendant MING JUI SHIH checked into the Guam Marriott Resort and Spa using a prepaid voucher.

12. On or about January 16, 2005, the Defendants NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE possessed approximately twenty-nine counterfeit access devices.

13. On or about January 16, 2005, the Defendants NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE did use and attempt to use the above-referenced counterfeit access devices to purchase jewelry, Gucci bags, a Cartier watch and other merchandise.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2 - FRAUD USING COUNTERFEIT ACCESS DEVICES

14. On or about January 16, 2005, in the District of Guam, the Defendants herein, NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE did knowingly and with intent to defraud use and attempt to use counterfeit access devices, said use of these devices affecting interstate and foreign commerce, by traveling to Guam and using these devices to purchase and attempt to purchase goods from various retailers on Guam.

All in violation of Title 18, United States Code, Sections 2, 1029 (a)(1) and 1029(b)(1).

## COUNT 3 - CONSPIRACY TO POSSESS FIFTEEN OR MORE COUNTERFEIT ACCESS DEVICES

15. Paragraphs two through thirteen of Count One of the Indictment are re-alleged and incorporated herein by reference.

16. Beginning at a time unknown to the grand jury, and continuing until on or about January 16, 2005, in the District of Guam, the defendants herein, NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE, and other uncharged co-conspirators unknown to the Grand Jury, did willfully and knowingly combine, conspire, confederate and agree together to knowingly and with intent to defraud possess fifteen or more counterfeit and unauthorized access devices, in or affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 371.

## COUNT 4 - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT ACCESS DEVICES

On or about January 16, 2005, in the District of Guam, the defendants herein, NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE each aided and abetted one by the other, did knowingly and with intent to defraud, possess fifteen or more counterfeit and unauthorized access devices in or affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 5 - FALSE USE OF A PASSPORT

On or about January 16, 2005, in the District of Guam, the defendant herein, NAI-JOU WANG, did unlawfully and knowingly use and attempt to use a forged, counterfeit, and altered passport, to-wit: Chinese passport # M15865178 bearing the name "Pei-Hsun Wu", but bearing a photograph or likeness of defendant NAI-JOU WANG.

All in violation of Title 18, United States Code, Section 1543.

## COUNT 6 - FALSE USE OF A PASSPORT

On or about January 16, 2005, in the District of Guam, the defendant herein, CHUN-HAN LEE, did unlawfully and knowingly use and attempt to use a forged, counterfeit, and altered passport, to-wit: United Kingdom Great Britain and Northern Ireland passport # 673654243 bearing the name of "Benjamin Tong", but bearing the photograph or likeness of defendant CHUN-HAN LEE.

All in violation of Title 18, United States Code, Section 1543.

## COUNT 7 - FALSE USE OF A PASSPORT

On or about January 16, 2005, in the District of Guam, the defendant herein, MING JUI SHIH, did unlawfully and knowingly use and attempt to use a forged, counterfeit, and altered

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

passport, to-wit: Chinese passport # G10971383 bearing the name of "Minzhong Wang", but bearing the photograph or likeness of defendant MING JUI SHIH.

All in violation of Title 18, United States Code, Section 1543.

DATED this 31 day of March, 2005.

A TRUE BILL.

_____
Foreperson

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

By: _____
JOSEPH F. WILSON
Criminal Chief

-6-