AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT COURTS - GUAM
RECEIVED
GUAM
31 MAR 2005 14 00 00

District of _____

UNITED STATES OF AMERICA

V.

MING JUI SHIH

## WARRANT FOR ARREST

Case Number: CR-05-00032-002

**FILED**

DISTRICT COURT OF GUAM

APR - 1 2005

MARY L.M. MORAN
CLERK OF COURT

(3)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MING JUI SHIH
_____ Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with  (brief description of offense)

18:371 & 1029(a)(1) - CONSPIRACY TO COMMIT FRAUD USING COUNTERFEIT ACCESS DEVICES (COUNT 1)
18:2, 1029(a)(1) & 1029(b)(1) - FRAUD USING COUNTERFEIT ACCESS DEVICES (COUNT 2)
18:371 & 1029(a)(3) - CONSPIRACY TO POSSESS FIFTEEN OR MORE COUNTERFEIT ACCESS DEVICES (COUNT 3)
18:1029(a)(3) & 2 - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT ACCESS DEVICES (COUNT 4)
18:1543 - FALSE USE OF A PASSPORT (COUNTS 5 THRU 7)

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
_____
Name of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

Deputy Clerk
_____
Title of Issuing Officer

3/31/2005
Date

Hagatna, Guam
Location

ORIGINAL

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

HAGATNA, GUAM

| DATE RECEIVED 04/01/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/01/05 | CHIKO HOGE SPECIAL AGENT, USSS | |