DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **05-00032** |
| Plaintiff, | |
| vs. | **O R D E R** |
| **NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE,** | |
| Defendants. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **NAI-JOU WANG**, **MARK SMITH** is appointed to represent defendant **MING JUI SHIH**, and **CURTIS VAN DE VELD** is appointed to represent defendant **CHUN-HAN LEE** in the above-entitled case.

Dated this 1st day of April, 2005.

JOAQUIN V. E. MANIBUSAN, JR., **Magistrate Judge**
**DISTRICT COURT OF GUAM**