FILED
DISTRICT COURT OF GUAM
APR - 6 2005
MARY L.M. MORAN
CLERK OF COURT

THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Ming Jui Shih*

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: 05-00032 |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF MOTION** |
| ) | **FOR DISCOVERY** |
| NAI-JOU WANG, MING JUI SHIH, ) | |
| and CHUN-HAN LEE, ) | |
| Defendants. ) | |

### NOTICE OF MOTION FOR DISCOVERY

**PLEASE TAKE NOTICE** that on the 20th day of May 2005, at the hour of 10:00 a.m./p.m. or as soon thereafter this matter will be heard before the ~~Honorable Judge~~ _____, United States District Court for the Territory of Guam.

Dated this 6th day of April, 2005.

Respectfully submitted,

By: _____
MARK S. SMITH, ESQ.
Attorney for Defendant, *Ming Jui Shih*