IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
MAY 11 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00032-001**   **DATE: 05/11/2005**   **TIME: 2:14 p.m.**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge   Law Clerk: Judith Hattori
Court Recorder: Jamie Phelps   Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:14:52 - 2:43:54   CSO: D. Quinata / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: NAI-JOU WANG**   **ATTY: KIM SAVO**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD   AGENT:

U.S. PROBATION: JOHN SAN NICOLAS   U.S. MARSHAL: R. LUMAGUI

INTERPRETER: FOO MEE CHUN CLINARD, Previously sworn   LANGUAGE: CHINESE

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __44__   HIGH SCHOOL COMPLETED: __FIFTEEN TO SIXTEEN YEARS__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: __COUNTS I, II AND V__
( X ) COUNT(S) __III AND IV__ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: __NO WRITTEN PLEA__   PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __AUGUST 10, 2005__ at __11:00 A.M.__   ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: __JULY 6, 2005__
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

USPO ACKNOWLEDGED RECEIPT
By: (signature)
Date: 5-11-05

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT DETAINED AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. The defendant pled guilty without a written plea agreement. The Court signed the report and recommendation concerning defendant's plea of guilty.