

THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Ming Jui Shih*

# UNITED STATES DISTRICT COURT

# FOR TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 05-00032 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| NAI-JOU WANG, MING JUI SHIH, and CHUN-HAN LEE, | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO CONTINUE TRIAL

**COMES NOW** Defendant, Ming Jui Shih, by and through his attorney, Mark S. Smith, Esq., with the express concurrence of the United States, by and through, Assistant United States Attorney, Russell Stoddard, Esq., and hereby stipulate and request that trial scheduled for May 26, 2005 at 9:30 a.m. be continued for approximately two (2) weeks and set for trial sometime thereafter.

Defense counsel recently received a Plea Agreement and needs additional time to contact and coordinate a translator and discuss with Defendant.

This continuance is necessary so that the ends of justice will be served.

Defendant has waived his right to speedy trial and continues to waive to his right to speedy trial.

Criminal cases\Shih.05-00032
Stip&Order to continue trial
Case 1:05-cr-00032   Document 18   Filed 05/24/2005   Page 1 of 2

**SO STIPULATED:**

5/20/05
Date

MARK S. SMITH, ESQ.
Counsel for Defendant
**Ming Jui Shih**

LEONARDO M. RAPADAS
United States Attorney

5-20-05
Date

By: 

**RUSSELL STODDARD, ESQ.**
Assistant U.S. Attorney

### ORDER

IT IS HEREBY ORDERED that the trial in this matter is continued and shall be heard on June 7, 2005 at 8:30 am

SO ORDERED this May 24, 2005.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
~~District Judge~~ Magistrate Judge



RECEIVED
MAY 20 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM