FILED
DISTRICT COURT OF GUAM
JUN - 7 2005
MARY L.M. MORAN
CLERK OF COURT

(27)

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NAI-JOU WANG, Defendant. | CRIMINAL CASE NO. 05-00032 **ACCEPTANCE OF PLEAS OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to an Indictment charging him with the following offenses:

- Count 1 Conspiracy to Commit Fraud Using Counterfeit Access Devices, in violation of 18 U.S.C. §§ 371 and 1029(a)(1),
- Count 2 Fraud Using Counterfeit Access Devices, in violation of 18 U.S.C. §§ 2, 1029(a)(1), and 1029(b)(1), and

///
///
///
///
///
///

- Count 5 False Use of a Passport, in violation of 18 U.S.C. § 1543,

are now ACCEPTED and the Defendant is ADJUDGED GUILTY of said offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this __6__ day of June 2005.

_____
RICARDO S. MARTINEZ*
District Judge

---

* The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, sitting by designation.