# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> **MING JUI SHIH** | **NOTICE** <br><br> CASE NUMBER:    CR-05-00032-002 |

**TYPE OF CASE:**

☐ CIVIL      X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| TYPE OF PROCEEDING <br><br> SENTENCING | DATE AND TIME |

**FILED**
DISTRICT COURT OF GUAM
JUL 13 2005
MARY L.M. MORAN
CLERK OF COURT

(30)

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| Place <br> District Court of Guam <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue <br> Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED <br><br> Tuesday, August 30, 2005 at 10:15 a.m. | CONTINUED TO DATE AND TIME <br><br> Monday, August 29, 2005 at 2:00 p.m. |
|---|---|---|

MARY L. M. MORAN
CLERK OF COURT

July 13, 2005
DATE

(BY) DEPUTY CLERK

TO:    Russell Stoddard
        Mark Smith
        U.S. Probation Office
        U.S. Marshal