1  NWang.APR

2  LEONARDO M. RAPADAS
   United States Attorney
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   Telephone:  (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

8

9

10

FILED
DISTRICT COURT OF GUAM
JUL 26 2005
MARY L.M. MORAN
CLERK OF COURT

(32)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

11  UNITED STATES OF AMERICA,      )    CRIMINAL CASE NO. 05-00032-001
                                   )
12                Plaintiff,       )
                                   )
13           vs.                   )    **GOVERNMENT'S STATEMENT**
                                   )    **ADOPTING FINDINGS OF**
14  NAI-JOU WANG,                  )    **PRESENTENCE REPORT**
                                   )
15                Defendant.       )
    _____)

16

17      Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the

18  Presentence Report for the above defendant.

19         Respectfully submitted this 26th of July, 2005.

20                                      LEONARDO M. RAPADAS
                                        United States Attorney
21                                      Districts of Guam and NMI

22
                                        By: _____
23                                          RUSSELL C. STODDARD
                                            First Assistant U.S. Attorney
24

25

26

27

28                                      -1-

ORIGINAL

# CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on July 26, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in <u>United States v. Nai-Jou Wang</u>, Criminal Case No. 05-00032-001 to the following counsel:

> Kim Savo
> Assistant Federal Public Defender
> Federal Public Defender Service
> First Hawaiian Bank Bldg.
> 400 Route 8
> Mongmong, Guam 96910
>
> FAX: 472-7120

CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney