VAN DE VELD SHIMIZU CANTO & FISHER
*Curtis C. Van de veld, Esq.*
Suite 101, De La Corte Bldg.
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-2863
Fax: (671) 472-2886

Attorney for Defendant: CHUN HAN LEE

FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> CHUN HAN LEE, <br> Defendant. | CR-05-00032-003 <br><br> **DEFENDANT'S STATEMENT OF POSITION CONCERNING THE PRESENTENCE REPORT** |

COMES NOW defendant CHUN HAN LEE through Defendant's court appointed counsel, VAN DE VELD SHIMIZU CANTO & FISHER, by Attorney Mr. Curtis C. Van de veld, Esq., to state that the defendant has read and reviewed the *Presentence Report* prepared by the United States Probation Office for the District of Guam, and pursuant to Federal Rules of Criminal Procedure, Rule 32, and General Order No. 98-00002.

Defendant here addresses the requirements of General Order No. 98-00002, which instruct that counsel shall state:

ORIGINAL

(1) All sentencing factors, facts and other matters material to sentencing that remain in dispute, including a statement and calculation if appropriate, showing how the dispute effects the calculation of the guidelines range.

(2) Whether an evidentiary hearing is requested and, if so, an estimate of the time required for such hearing and a summary of the evidence to be produced.

### I. ALL SENTENCING FACTORS, FACTS AND OTHER MATTERS MATERIAL TO SENTENCING THAT REMAIN IN DISPUTE, INCLUDING A STATEMENT AND CALCULATION IF APPROPRIATE, SHOWING HOW THE DISPUTE EFFECTS THE CALCULATION OF THE GUIDELINES RANGE.

Defendant has been provided a copy of the *Draft Presentence Investigation Report* ("*DPIR*") on August 2, 2005, not July 26, 2005 as ordered, for review with Defendant, which document was interpreted to Defendant by Ms. Mimi Clinard into the Chinese language.

The following corrections are noted. Sentencing date has been changed to August 29, 2005 by an order filed on July 13, 2005.

The police reports provided to defense counsel indicate that Defendant Wang was detained outside the Outrigger hotel, not the Sand Castle as stated in paragraph 15.

The PSR mischaracterizes as "Other Arrests" the same event for which Defendant was originally charged in the Superior Court Of Guam and later that matter was dismissed without prejudice. In fact it is the same arrest, just different charges in different forums.

Paragraphs 29 and 30 indicate that the account numbers of the credit cards incurred losses for the amounts shown therein. The information is drastically incomplete to provide a sufficient basis to hold this defendant liable for the loss. The report demonstrates that a larger figure for fraud under the accounts exists than the loss occurring on Guam. The dearth of information fails to disclose whether the losses attributable to purchases on Guam occurred while the Defendant was present here in possession of the fraudulent credit cards. The ability to limit the loss to the relevant time period exists, but the government has failed to ascertain that information. Defendant asserts that he made only one purchase of a ring at Duty Free Shoppers in the amount of eighty thousand dollars ($80,000.00).

II. NO EVIDENTIARY HEARING IS REQUESTED.

Respectfully submitted: Thursday, August 11, 2005.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
**CURTIS C. VAN DE VELD**
Attorney for defendant
CHUN HAN LEE

## CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, certify that I caused a copy of the foregoing document here filed, to be served on counsel for Plaintiff UNITED STATES OF AMERICA on August 12, 2005, via hand delivery at the following address:

| | |
|---|---|
| Mr. Russell Stoddard Esq. and to, | Mr. Stephen P. Guilliot |
| Special Assistant U.S. Attorney | United States Probation Officer |
| U.S. Attorney's Office, | United States Probation Office, |
| District Of Guam | District Of Guam |
| Criminal Division | |
| 6th Floor, Sirena Plaza | District Court Of Guam |
| 108 Hernan Cortes Avenue | 2nd Floor, 520 W. Soledad Avenue |
| Hagåtña, Guam 96910 | Hagåtña, Guam 96910 |

Dated: Thursday, August 11, 2005.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
**Curtis C. Van de veld**
Attorney for Defendant

CCV:ccv
VSCF/C.H. LEE/CR000577