VAN DE VELD SHIMIZU CANTO & FISHER
*Curtis C. Van de veld, Esq.*
Suite 101, De La Corte Bldg.
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-2863
Fax: (671) 472-2886

Attorney for Defendant: CHUN HAN LEE

FILED
DISTRICT COURT OF GUAM
AUG 2 4 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUN HAN LEE,<br><br>    Defendant. | CR-05-00032-003<br><br>**ERRATA TO DEFENDANT'S STATEMENT OF POSITION CONCERNING THE PRESENTENCE REPORT** |

COMES NOW defendant CHUN HAN LEE through Defendant's court appointed counsel, VAN DE VELD SHIMIZU CANTO & FISHER, by Attorney Mr. Curtis C. Van de veld, Esq., to state that the defendant' Statement Of Position Concerning The Presentence Report is in error where it asserts "Defendant asserts that he made only one purchase of a ring at Duty Free Shoppers in the amount of eighty thousand dollars ($80,000.00)," which amount should be eight thousand dollars ($8,000.00).

II. AN EVIDENTIARY HEARING IS REQUESTED as Defendant will state the amount of the purchase to the court at time of sentencing.

UNITED STATES OF AMERICA V. CHUN HAN LEE     Page 1
Criminal Case No. CR-05-00032-003
DEFENDANT'S STATEMENT OF POSITION CONCERNING THE PRESENTENCE REPORT
Case 1:05-cr-00032    Document 42    Filed 08/24/2005    Page 1 of 2

Respectfully submitted: Wednesday, August 24, 2005.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
CURTIS C. VAN DE VELD
Attorney for defendant
CHUN HAN LEE

## CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, certify that I caused a copy of the foregoing document here filed, to be served on counsel for Plaintiff UNITED STATES OF AMERICA on August 24, 2005, via hand delivery at the following address:

| | |
|---|---|
| Mr. Russell Stoddard Esq.          and to, | Mr. Stephen P. Guilliot |
| Special Assistant U.S. Attorney | United States Probation Officer |
| U.S. Attorney's Office, | United States Probation Office, |
| District Of Guam | District Of Guam |
| Criminal Division | |
| 6th Floor, Sirena Plaza | District Court Of Guam |
| 108 Hernan Cortes Avenue | 2nd Floor, 520 W. Soledad Avenue |
| Hagåtña, Guam 96910 | Hagåtña, Guam 96910 |

Dated: Wednesday, August 24, 2005.

VAN DE VELD SHIMIZU CANTO & FISHER

_____
**Curtis C. Van de veld**
Attorney for Defendant
CHUN HAN LEE

CCV:ccv
VSCF/C.H. LEE/CR000581