| | | |
|---|---|---|
| DISTRICT COURT OF GUAM | | **FILED** |
| TERRITORY OF GUAM | | DISTRICT COURT OF GUAM |
| *AMENDED* CRIMINAL MINUTES | | AUG 31 2005 |
| SENTENCING | | MARY L.M. MORAN |
| | | CLERK OF COURT |



**CASE NO. CR-05-00032-003**     **DATE: August 29, 2005**

| | |
|---|---|
| HON. S. JAMES OTERO, Designated Judge, Presiding | Law Clerk: NONE PRESENT |
| Court Reporter: Wanda Miles | Courtroom Deputy: Leilani Toves Hernandez |
| Hearing Electronically Recorded: 2:05:11 - 2:28:10 | CSO: L. Gogo / J. Lizama |

**APPEARANCES**

**DEFT: CHUN-HAN LEE**          **ATTY: CURTIS VAN DE VELD**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: RUSS STODDARD**          **AGENT: CHICO HOGE, SECRET SERVICE**

**U.S. PROBATION: STEVE GUILLIOT**          **U.S. MARSHAL: F. TAITAGUE / W. GRAY**

**INTERPRETER: FOO MEE CHUN CLINARD**     **LANGUAGE: CHINESE**

---

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
     Base offense level: 6          Total offense level: 10          Criminal History Category: I

     **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT


**NOTES/OTHER MATTERS:**

<u>Parties had no objections to both defendant's being sentenced at the same time.</u>

<u>Mr. Van de Veld stated that if the Court is inclined to accept the sentencing recommendation of time served, then his client is prepared to accept that and waive his objections.</u>

<u>Mr. Van de Veld moved for the Government to turn over all of Mr. Lee's property that was seized back to him. The Court Denied the motion without prejudice to renew.</u>

<u>Government moved to dismiss Counts II thru VII - Granted.**</u>

| SENTENCE: | CR-05-00032-003 | DEFENDANT: CHUN-HAN LEE |
|---|---|---|

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>227 DAYS WITH CREDIT FOR TIME SERVED</u>.

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>THREE YEARS</u>.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. §3583(d), AND WITH THE ESTABLISHED PROCEDURES BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. §1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE AND SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE PERMISSION OF THE ATTORNEY GENERAL. IF DEPORTATION FAILS TO OCCUR, AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, HE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HIS TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, AND OR LOCAL CRIME.

3. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

5. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES; AND SHALL SUBMIT TO ONE URINALYSIS TEST WITHIN 15 DAYS AFTER SENTENCING AND, TO TWO MORE URINALYSIS TESTS WITHIN 60 DAYS THEREAFTER.

6. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL MAINTAIN GAINFUL EMPLOYMENT AS ORDERED AN APPROVED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT WAS ORDERED TO PAY RESTITUTION IN THE AMOUNT OF $17,659.12, JOINTLY AND SEVERALLY WITH DEFENDANT MING JUI SHIH TO COMMENCE IMMEDIATELY AFTER SENTENCING. RESTITUTION PAYMENTS ARE TO BE MADE TO THE CLERK OF COURT, DISTRICT COURT OF GUAM, FOR DISBURSEMENT TO:

MASTERCARD INTERNATIONAL, C/O ALAN CHOI
ASIA/PACIFIC SECURITY AND RISK SERVICES       $ 6,125.00

VISA INTERNATIONAL
C/O MR. TAKAHASI, MANAGER, AP RISK MANAGEMENT   $11,534.12

COURT WAIVED ALL FINES AS IT HAD BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $100.00 IMMEDIATELY AFTER SENTENCING.
COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

*\*Amended to add the text regarding Government's motion to dismiss Counts II thru VII.*

Courtroom Deputy: ____