# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Chun Han Lee, <br><br> Defendant. | Case No. 1:05-cr-00032 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry, filed September 6, 2005* on the dates indicated below:

*U.S. Attorney's Office*  *Curtis Van de Veld*
*September 6, 2005*  *September 7, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry, filed September 6, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 7, 2005  /s/ Leilani R. Toves Hernandez
  Deputy Clerk