# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>    vs.<br><br>Chun Han Lee,<br><br>                Defendant. | Case No. 1:05-cr-00032-003<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***CJA 20 Voucher filed September 12, 2005 and the CJA 21 Voucher filed September 12, 2005***, on the dates indicated below:

*Curtis C. Van de Veld*
*September 12, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 Voucher filed September 12, 2005 and the CJA 21 Voucher filed September 12, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 23, 2005                              /s/ Leilani R. Toves Hernandez
                                                                               Deputy Clerk