ORIGINAL

LeeChunHan.rem

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-1059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 23 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHUN HAN LEE, )<br>)<br>Defendant. )<br>) | CRIMINAL CASE NO. 05-00032<br><br>PETITION TO REMIT SPECIAL ASSESSMENT FEE<br>[18 U.S.C. § 3573] |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant CHUN HAN LEE and in support hereof, states as follows:

1. On August 29, 2005, sentence was imposed by this Court against Defendant CHUN HAN LEE. Among other things, a $100.00 special assessment fee was ordered. The total amount now owed by said Defendant for the special assessment fee is $100.00.

2. Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, CHUN HAN LEE, was deported to Taiwan on September 14, 2005. See Exhibit "A."

3   No valid address is available for defendant.

//

4. Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

5. The United States Attorney has determined that in light of Defendant's deportation and unknown whereabouts, there is no reasonable likelihood that expending further efforts to collect the special assessment fee and fine will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

6. The interests of justice mitigate in favor of remission of the unpaid special assessment fee.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee imposed upon Defendant CHUN HAN LEE.

DATED this 23rd day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

```
DAXLO21                  DACS CASE CLOSURE LOOK SCREEN              DATE: 03/20/2006
                                                                    TIME: 17:27:47

             A-NUM : 076282942              LAST-NAME : LEE
             NATLTY: TAIWA                  FIRST-NAME: CHUN HAN

      DATE-DOCKET-CLEARED: 09/27/2005          DEPART-CLEARED-STAT: 6

         TRANSFER-TO-DCO:                     DATE-DOCKET-TRANSFER:

         DATE-DEPARTED: 09/14/2005               PORT-DEPARTED: AGA

      DEPART-COUNTRY: TAIWA           FINAL-CHARGE: R1B      EXPENSE-CODE: 5




HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```



EXHIBIT A