| | |
|---|---|
| 1 | **LeeChunHan.remord** |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | MARIVIC P. DAVID<br>Assistant U.S. Attorney |
| 4 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 5 | Hagåtña, Guam 96910-5059<br>TEL: 472-7332 |
| 6 | FAX: 472-7215 |
| 7 | Attorney's for United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00032 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | Re: United States Petition to Remit |
| CHUN HAN LEE, | ) | Special Assessment Fee |
| | ) | |
| Defendant. | ) | |

Based upon the Plaintiff's Petition to Remit Special Assessment Fee, the Court hereby finds that for the reasons stated in the Plaintiff's Petition, reasonable efforts to collect the special assessment fee is not likely to be effective. Likewise, the Court finds that it is in the interest of justice to remit the defendant's unpaid special assessment fee. Accordingly, the Court orders that the defendant's special assessment fee is remitted.

**SO ORDERED**, this 23rd day of August, 2007.

/s/ Frances M. Tydingco-Gatewood
Chief Judge